IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FREDDIE K. KING, ID # 1157843, ) | |
| Petitioner, ) | |
| vs. ) | No. 3:05-CV-0037-D |
| ) | |
| DOUGLAS DRETKE, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **FINDS** the request for habeas corpus relief brought pursuant to 28 U.S.C. § 2254 barred by the statute of limitations and thus **GRANTS** respondent's motion to dismiss. By separate judgment, the Court will formally dismiss petitioner's federal petition for writ of habeas corpus consistent with the Findings, Conclusions, and Recommendation entered in this case.

**SIGNED February 28, 2006.**

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE